**Wendy L. HALLFORD, Plaintiff–Appellant,**

v.

**METROPOLITAN LIFE INSURANCE COMPANY, Defendant–Appellee.**

No. 05–12156

Non–Argument Calendar.

D.C. Docket No. 04–00109–CV–3–RV–MD.

United States Court of Appeals, Eleventh Circuit.

Nov. 29, 2005.

Robert T. Bleach, The Soloway Law Firm, Pensacola, FL, for Plaintiff–Appellant.

Alan Harrison Brents, Ralph C. Losey, Akerman Senterfitt, Orlando, FL, for Defendant–Appellee.

Before ANDERSON, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Wendy L. Hallford appeals the district court's grant of summary judgment to Metropolitan Life Insurance Company in her Employee Retirement Income Security Act of 1974 action. 29 U.S.C. § 1132. The district court concluded the denial of long-term disability benefits to Hallford was not arbitrary and capricious. After reviewing the record, as well as the parties' briefs, we agree and affirm for the reasons stated in the district court's well-reasoned order of March 11, 2005.

AFFIRMED.